**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TIMOTHY BUFORD,** | CV F 06-0080 REC WMW HC |
| Petitioner, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENTS |
| v. | |
| **FRESNO COUNTY SHERIFFS DEPARTMENT, et al.,** | [Doc. 4, 6] |
| Respondents. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 9, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. On April 12, 2006, Petitioner filed a request for voluntary dismissal of this case.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on March 9,  2006, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's right to file a civil rights action raising these same claims; and

3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:  April 17, 2006                    /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE

2